961 A.2d 698

IN THE MATTER OF JAMES R. LISA, AN ATTORNEY AT LAW.

September 11, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–399, concluding that **JAMES R. LISA** of **MORGANVILLE,** who was admitted to the bar of this State in 1983, should be censured for violating *RPC* 1.15(a) (negligent misappropriation of trust funds), *RPC* 1.15(b) (failure to promptly deliver funds to a third person) and *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations);

And **JAMES R. LISA** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **JAMES R. LISA** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.